**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-cr-00104 |
| Kass Daniel Gayton, | ) | |
| | ) | |
| Defendant. | ) | |

---

On October 27, 2026, the United States Probation Office filed a petition alleging that Defendant had violated his conditions of supervised release. (Doc. No. 40). A warrant for Defendant's arrest was also issued. (Doc. No. 42).

The court, in consultation with the Probation Office, **QUASHES** Defendant's arrest warrant. The court shall schedule initial appearance on November 23, 2026, in Bismarck (courtroom 2) at 3:30 PM The Clerk's office shall issue a summons for Defendant.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District